UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      -v.-                :          **NOLLE PROSEQUI**

TOWAKI KOMATSU,           :          S2 18 Cr. 651 (ST)

              Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      1.     The filing of this *nolle prosequi* will dispose of this case with respect to the defendant Towaki Komatsu.

      2.     On October 16, 2018, Information S2 18 Cr. 671 was filed in the U.S. District Court for the Southern District of New York charging defendant Towaki Komatsu with one count of creating a disturbance in the courthouse, in violation of 41 C.F.R. § 102-74.390. The case was thereafter transferred to the U.S. District Court for the Eastern District of New York under case caption *United States v. Towaki Komatsu*, No. 18-cr-651 and assigned to Magistrate Judge Steven Tiscione.   Komatsu has been released on his own recognizance pending resolution of this matter.

      3.     The Government has concluded that further prosecution of Towaki Komatsu would not be in the interests of justice.

4.      In light of the foregoing, we recommend that an order of *nolle prosequi* be

filed as to defendant Towaki Komatsu with respect to Information S2 18 Cr. 651 (ST).

_____
SARAH MORTAZAVI
Special Assistant United States Attorney
Eastern District of New York
(212) 637-2520

Dated:  New York, New York
       October **16**, 2019


Upon the foregoing recommendation, I hereby direct, with leave of the Court, that

an order of *nolle prosequi* be filed as to defendant Towaki Komatsu with respect to Information

S2 18 Cr. 651 (ST).

_____
GEOFFREY S. BERMAN **BB**
United States Attorney
Southern District of New York
*By* Sarah Mortazavi
       Special Assistant United States Attorney
       Eastern District of New York

Dated:  New York, New York
       October **16**, 2019


SO ORDERED:

_____
HON. STEVEN TISCIONE
United States District Judge
Eastern District of New York

Dated:  New York, New York
       October ____, 2019